# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4230

_____

STATE OF FLORIDA,

Petitioner,

v.

DEMESHIO WARD,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

December 12, 2018

PER CURIAM.

DISMISSED.

LEWIS, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Pamela Jo Bondi, Attorney General, Trisha Meggs Pate, Bureau Chief, and Tabitha Herrera, Assistant Attorney General, Tallahassee, for Petitioner.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb, Assistant Public Defender, Jacksonville, for Respondent.